IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15 cr 75

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| CONLEY DALE PATTERSON. | ) | |
| _____ | ) | |

**THIS MATTER** has come before the undersigned pursuant to a Sealed Motion for Psychological Evaluation and Additional Relief (#89) filed by counsel for Defendant. This Court allowed Defendant's motion and as a result the terms and conditions of release (#36) and (#37) previously entered in this matter must be rescinded and revoked so the United States Marshall may transport defendant as provided by a prior Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the terms and conditions of pretrial release entered in this matter (#36) and (#37) are hereby **REVOKED** and Defendant is placed in the custody of the United States Marshal pending further orders of the Court.

Signed: May 10, 2016

Dennis L. Howell
United States Magistrate Judge